**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7543**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ALPHELIOUS ANTOINE ROOKS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (3:99-cr-00312-RLW-2)

Submitted:  October 15, 2008          Decided:  October 22, 2008

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alphelious Antoine Rooks, Appellant Pro Se.  David John Novak, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alphelious Antoine Rooks appeals the district court's order denying his 18 U.S.C.A. § 3582(c)(2) (West 2000 & Supp. 2008) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Rooks, No. 3:99-cr-00312-RLW-2 (E.D. Va. July 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2